IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01229-GPG

**MICHAEL WAYNE BINGHAM**,
Native American "Chocta" National - "Texan" Stateless - Nonresident Non-Taxpayer Transient Choctaw,

 Applicant,
v.

**TRAVIS TRANI**, Warden, CDOC, and
**THE ATTORNEY GENERAL OF THE STATE OF COLORADO,**

 Respondents.

## ORDER TO FILE ANSWER

 After preliminary consideration of the amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 10) filed July 23, 2015, the Court has determined that an Answer on the merits is appropriate. Accordingly,

 Respondents are directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file an Answer addressing the merits of Applicant's claims. Accordingly, it is

 **ORDERED** that **within twenty-one (21) days from the date of this Order** Respondents shall file an Answer that complies with this Order. It is

 **FURTHER ORDERED** that **within twenty-one (21) days of the filing of the Answer** Applicant may file a Reply, if he desires. It is

 DATED September 28, 2015, at Denver, Colorado.

            BY THE COURT:

             s/ Gordon P. Gallagher
            United States Magistrate Judge