IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01229-LTB

**MICHAEL WAYNE BINGHAM**,
Native American "Chocta" National - "Texan" Stateless - Nonresident Non-Taxpayer Transient Choctaw,

    Applicant,

v.

**TRAVIS TRANI**, Warden, CDOC, and
**THE ATTORNEY GENERAL OF THE STATE OF COLORADO,**

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 28, 2015, it is hereby

    **ORDERED** that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 28 day of December, 2015.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/Jennifer Hawkins
                            Deputy Clerk