IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01229-LTB

MICHAEL WAYNE BINGHAM, Native American "Chocta" National - "Texan" Stateless - Nonresident Non-Taxpayer - Transient Choctaw,

    Applicant,

v.

TRAVIS TRANI, Warden - Colorado State Penitentiary, and
CYNTHIA H. COFFMAN, Attorney General of the State of Colorado,

    Respondents.

---

## MINUTE ORDER

---

ENTERED BY SENIOR DISTRICT JUDGE LEWIS T. BABCOCK

    Before the Court is Applicant's "Compelled Request for Status of Recommendation and Report with Statement(s) of Fact" (ECF No. 29; April 15, 2016). Applicant requests the "current status" of this action. The Court GRANTS this "Request" as follows. The Court denied the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 10) by Order dated December 28, 2015. (ECF No. 26). Judgment entered against Applicant on the same date. (ECF No. 27). The Order and Judgment were mailed to Applicant but returned as "refused." (ECF No. 28). It appears Applicant has changed addresses but has not notified the Court. Based upon the address listed in the "Request," the Clerk of Court is directed to change Applicant's address to the following:

Michael Wayne Bingham, #111108
Colorado State Penitentiary, Unit C-1-16
P.O. Box 777
Canon City, CO 81215

The Clerk of Court shall resend a copy of the Order (ECF No. 26) and Judgment (ECF No. 27) to Applicant at the above address. Applicant must provide notice of any change of address to the Court within five days after the change pursuant to D.C.COLO.LCivR 5.1(c).

Dated:  April 18, 2016