IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01229-LTB

MICHAEL WAYNE BINGHAM, Native American "Choctaw" National - "Texan" Stateless - Nonresident Non-Taxpayer - Transient Choctaw,

    Applicant,

v.

TRAVIS TRANI, Warden - Colorado State Penitentiary, and
CYNTHIA H. COFFMAN, Attorney General of the State of Colorado,

    Respondents.

---

## MINUTE ORDER

---

ENTERED BY SENIOR DISTRICT JUDGE LEWIS T. BABCOCK

    "Petitioner's Application for Certificate of Appealability from the 10th District Court of Colorado; and Statement of Reasons in Support" (ECF No. 31; May 2, 2016) is DENIED because the Court determined in the Order to Dismiss (ECF No. 26; Dec. 28, 2015) that no certificate of appealability should be issued.

Dated:  May 3, 2016